# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTONIO BECERRA,<br><br>　　　　　　　　　Defendant. | Case No. 17CR0272-DMS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the　　　　Information:
18:922(g)(1) 924(a)(2); 18:924(d)(1); 28:2461(c)

Dated: 3/9/2017

　　　　　　　　　　　　　　　　　　　　Hon. Jan M. Adler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge